# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA NAVARRO,<br><br>                              Plaintiff,<br>v.<br>FCA US LLC and DOES 1 through 10,<br><br>                              Defendants. | Case No.: 20cv-1335-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 14] |

On January 26, 2021, Plaintiff Vanessa Navarro and Defendant FCA US LLC filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED.**

Dated: January 27, 2021

*Michael M. Anello* (signature)

HON. MICHAEL M. ANELLO
United States District Judge